## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LELAND FOSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:18-cv-2037 |
| STEAK N SHAKE INC., | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION FOR DISMISSAL

This case having been compromised and settled between the named parties hereto, it is hereby stipulated and agreed by and between the named parties, by and through their respective counsel, that this said cause shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 10th day of July, 2018.

Respectfully submitted,

LAW OFFICES OF OWEN DUNN, JR.

By:  /s/ Owen B. Dunn, Jr_____
Owen B. Dunn, Jr.
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
419.241.9661
dunnlawoffice@sbcglobal.net

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Sarah J. Kuehnel
James M. Paul, IL 6276954
Sarah J. Kuehnel, MO 61698
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
314.802.3935
james.paul@ogletree.com
sarah.kuehnel@ogletree.com

*Attorneys for Defendant*